IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02180-MSK-MEH

AMERICAN AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,
v.

DENNIS MARLOW,
WILLIAM C. DOUKAS,
CYNTHIA L. DOUKAS,
JAMES W. DOUKAS,
KENNETH J. NIKLE,
WALTERINE F. NIKLE,
JOAN A. ROCKOUSKI,
DUANE SANDERS,
SHIRLEY A. SANDERS,
MAYNARD W. HAMMANS,
VADA SUE HAMMANS,
JOHN E. HARTMAN,
ANNE H. HARTMAN,
ROBERT E. THEURER,
JOHN UEBELHOER,
SHIRLEY UEBELHOER,
EDWARD S. WATSON, and
SHIRLEY A. WATSON,

    Defendants.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2008.**

    Plaintiff's Motion for Substitute Service of Summons and Complaint or, in the alternative, Motion to Extend Time for Service [filed February 13, 2008; doc #13] is **granted in part and denied in part**. Without legal support, Plaintiff has failed to convince the Court that Colo. R. Civ. P. 4(f) regarding "substituted service" grants parties the ability to serve persons other than those specifically identified in Colo. R. Civ. P. 4(e); therefore, Plaintiff's Motion for Substitute Service is **denied**. In the alternative, Plaintiff requests an additional 150 days within which to serve Defendant Dennis Marlow. In an effort to maintain the course of the case and its agreed-upon discovery plan, the Court will **deny** Plaintiff's request, but **grant** Plaintiff an additional 60 days (to and including April 15, 2008) within which to serve Defendant Marlow.