IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-CV-02180-MSK-MEH

AMERICAN AUTOMOBILE INSURANCE COMPANY,
a Missouri corporation,

        Plaintiff,

v.

DENNIS MARLOW,
WILLIAM C. DOUKAS,
CYNTHIA L. DOUKAS,
JAMES W. DOUKAS,
KENNETH J. NIKLE,
WALTERINE F. NIKLE,
JOAN A. ROCKOUSKI,
DUANE SANDERS,
SHIRLEY A. SANDERS,
MAYNARD W. HAMMANS,
VADA SUE HAMMANS,
JOHN E. HARTMAN,
ANNE H. HARTMAN,
ROBERT E. THEURER,
JOHN UEBELHOER,
SHIRLEY UEBELHOER,
EDWARD S. WATSON, and
SHIRLEY A. WATSON,

        Defendants.
_____

**ORDER**
_____

     THIS MATTER comes before the Court on the Plaintiff's Motion to Withdraw Motion for Partial Summary Judgment Without Prejudice to Refile (Motion) **(#18)** filed on June 27, 2008. Having reviewed the Motion,

     **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Motion for Partial Summary Judgment filed on June 24, 2008, at Docket Entry #16 is hereby deemed

**WITHDRAWN**.

DATED this 27th day of June, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge