IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02180-MSK-MEH

AMERICAN AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

DENNIS MARLOW,
WILLIAM C. DOUKAS,
CYNTHIA L. DOUKAS,
JAMES W. DOUKAS,
KENNETH J. NIKLE,
WALTERINE F. NIKLE,
JOAN A. ROCKOUSKI,
DUANE SANDERS,
SHIRLEY A. SANDERS,
MAYNARD W. HAMMANS,
VADA SUE HAMMANS,
JOHN E. HARTMAN,
ANNE H. HARTMAN,
ROBERT E. THEURER,
JOHN UEBELHOER,
SHIRLEY UEBELHOER,
EDWARD S. WATSON, and
SHIRLEY A. WATSON,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2008.**

Plaintiff's Renewed Motion for Substitute Service of Summons and Complaint on Defendant Marlow [filed July 14, 2008; doc #21] is **granted**. The Plaintiff has demonstrated due diligence in its attempts to serve Defendant Marlow; therefore, pursuant to Colo. R. Civ. P. 4(f), the Plaintiff may serve Defendant Marlow's attorneys, William Allan Cohan and Robert Craig Zafis, in accordance with the applicable court rules. Moreover, although not specifically requested, the Court will grant an extension of time until **July 21, 2008** to serve Defendant Marlow, pursuant to Fed. R. Civ. P. 4(m) for good cause shown in Plaintiff's delay in effecting service upon the defendant.