IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-02180-PAB-MEH

AMERICAN AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

DENNIS MARLOW, et al.,

     Defendants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a three-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **November 17, 2009 at 8:00 a.m.**

A Trial Preparation Conference is set for **November 6, 2009 at 9:00 a.m.**  Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)     sequestration of witnesses;

    2)     timing of presentation of witnesses and evidence;

    3)     anticipated evidentiary issues;

    4)     any stipulations as to fact or law; and

5)      any other issue affecting the duration or course of the trial.


DATED May 15, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer_____
                                        PHILIP A. BRIMMER
                                        United States District Judge