IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  07-cv-02180-PAB-MEH

AMERICAN AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

DENNIS MARLOW,
WILLIAM C. DOUKAS,
CYNTHIA L. DOUKAS,
JAMES W. DOUKAS,
KENNETH J. NIKLE,
WALTERINE F. NIKLE,
JOAN A. ROCKOUSKI,
DUANE SANDERS,
SHIRLEY A. SANDERS,
MAYNARD W. HAMMANS,
VADA SUE HAMMANS,
JOHN E. HARTMAN,
ANNE H. HARTMAN,
ROBERT E. THEURER,
JOHN UEBELHOER,
SHIRLEY UEBELHOER,
EDWARD S. WATSON, and
SHIRLEY A WATSON,

     Defendants.
_____

### ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice of Certain Defendants [Docket No. 63].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion [Docket No. 63] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants William C. Doukas, Cynthia L. Doukas, James W. Doukas, Kenneth J. Nikle, Walterine F. Nikle, Maynard W. Hammans, Vada Sue Hammans, John E. Hartman, Anne H. Hartman, Robert E. Theurer, John Uebelhoer, Shirley Uebelhoer, Edward S. Watson and Shirley A. Watson are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 6, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge